**STATE of Missouri, Respondent,**

v.

**David M. JOHNSON, Appellant.**

**No. ED 104397**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: March 28, 2017

Christian Lehmberg, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Christine Lesicko, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

David M. Johnson appeals the judgment, entered after a bench trial, convicting him of driving while revoked and failing to properly equip a motor vehicle with two approved headlamps. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision.